IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BONNIE KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV245 |
| | ) | |
| v. | ) | |
| | ) | |
| OMAHA HOUSING AUTHORITY, | ) | MEMORANDUM AND ORDER |
| STANLEY TIMM, Executive Director, in | ) | |
| his individual and official capacity, and | ) | |
| DOES 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on its own motion after a telephone conference with counsel on June 8, 2011. This is an action for race and gender discrimination in employment that had been set for trial on June 13, 2011. The court learned for the first time during the conference that another action involving the same parties and the same core of facts was filed by the plaintiff pro se in state court and removed by the defendants to this court. *See Kelly v. Omaha Housing Authority, et al.*, Case No. 8:11-CV-192. The court has reviewed the pleadings in the other case and finds the cases are related and should be consolidated in the interest of judicial economy.

It appears that the consolidated actions will not be ready for trial next week and the trial should accordingly be continued. The court finds that an on-the-record status conference is necessary, after which the court will issue an amended and expedited order of progression for the consolidated actions. The defendants' pending motion in limine (Filing No. 96) has been rendered moot by this development and will be denied.

IT IS HEREBY ORDERED:

1. The trial of this action set for June 13, 2011, is continued until a date to be later determined by the court.

2. This action is related to an action pending in this court captioned *Kelly v. Omaha Housing Authority, et al.*, Case No. 8:11-CV-192 and that case is reassigned from the pro se docket of the Hon. Richard Kopf to the docket of the undersigned Chief Judge, consolidated with this case, and assigned to the docket of United States Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

3. The parties and the Clerk of Court are directed to include the captions of both cases in all future pleadings and to file all pleadings in this case.

4. The plaintiff and counsel for the parties shall appear before the undersigned on **June 13, 2011, at 9:00 a.m.,** in Courtroom No. 3, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, to discuss how to further proceed with this action.

5. The defendants' motion in limine (Filing No. 96) is denied as moot.

6. The Clerk of Court is directed to file this order in the related case of *Kelly v. Omaha Housing Authority, et al.*, Case No. 8:11-CV-192 and to deliver notice to the plaintiff therein.

DATED this 9th day of June, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.